TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

SO ORDERED:

9/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

September 22, 2026

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Pabon Moreno v. Commissioner of Social Security*
Civil Action No. 1:26-cv-05311-RWL

Dear Judge Lehrburger,

We write on behalf of our client, Marielyvette Pabon Moreno, and with the consent of Defendant, to respectfully request a 75-day extension of time to file Plaintiff's Brief, which is currently due on September 28, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her brief on or before: **December 14, 2026**;
2. Defendant to file its brief on or before: **March 1, 2027**; and
3. Plaintiff to file her reply, if any, on or before: **March 15, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)